FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

Ballard   144873
(Last Name)   (Identification Number)

Deon   Scott
(First Name)   (Middle Name)

South Miss. Correctional Institution
(Institution)

P.O. Box 1419 - Leakesville, MS 39451
(Address)
*(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)*

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
APR 10 2009
J. T. NOBLIN, CLERK
BY_____ DEPUTY

V.

Richland Police Department -
Lt. Dalton J. McDonald -
Benjamin L. Drake

*(Enter above the full name of the defendant or defendants in this action)*

CIVIL ACTION NUMBER: 3:09cv234-TSL-JCS
(to be completed by the Court)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.  Have you ever filed any other lawsuits in a court of the United States?   Yes ( )   No (✓)

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

   1. Parties to the action:_____

   2. Court (if federal court, name the district; if state court, name the county):_____

   3. Docket Number:_____

   4. Name of judge to whom case was assigned:_____

   5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?):_____

1

# PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: DEON S. BALLARD      Prisoner Number: 144373

Address: Post Office Box 1419 - Leakesville, MS 39451

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: BRANDON Q Thurman           is employed as Police Officer at Richland Police Department

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: DEON Scott - BALLARD    ADDRESS: South Mississippi Correctional Institution P.O. Box 1419 Leakesville, MS 39451

DEFENDANT(S):

NAME: Dalton J. McDonald, Benjamin L. Drake, Brandon Q Thurman    ADDRESS: Richland Police Department 371 Scarbrough St Richland, MS 39218 PH# 601-420-1524 Fx# 601-420-1525

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( )   No ( ✓ )

B. Are you presently incarcerated for a parole or probation violation?

   Yes ( )   No ( ✓ )

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No ( ✓ )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( ✓ )   No ( )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes ( ✓ )   No ( ), if so, state the results of the procedure: At Rankin Co. Jail I have sent many letters to the Richland Police Department all with no reply.

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

      Yes ( )   No ( )

   2. State how your claims were presented (written request, verbal request, request for forms): _____

   3. State the date your claims were presented: _____

   4. State the result of the procedure: _____

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

On October 6, 2007 the defendant - Dean S. Ballard was stoped by a Richland Police Officer. The officer was Ofc. McDonald. This officer walked up to my car an asked me have I been in a Robbery. I the defendant stated "no". The Officer then called his Dispatcher for I.D. Information. The dispatcher stated that the "male was a light skinned Black male in a gold colored car. The Officer then seen I was not Light Skinned - not in a gold Impala - car. Nor with a white Tee on. Therefore Ofc. McDonald told me to get out of my car an walk to the back of my car. The officer then patted me down, but did not feel or see a gun. After that other officers came where I was stoped (con't - 20). Next pg:

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes. The relief I seek is for I the defendant to get back from the Richland P.D. All Diamond jewelry that was seized, an Armed Robbery Case droped an dismissed. Also for the defendant - Dean S. Ballard not to come back to the state of Mississippi, An plaintiff paid for jewelry if lost.

Signed this 5 day of April, 20 09.

Dean S. Ballard 144373
P.O. Box 1491 Leakesville, MS 39451
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

4/5/09
(Date)

Dean S. Ballard
Signature of plaintiff

4

Several Richland, Pearl, and Flowood Officers arrived. Officer: McDonald, and Ofc: Brandon C. Thurman asked to look into my car, an I stated "no". Therefore Ofc: Thurman stated in reply "I'm going to look in this "Bitch" anyway, an started to look. Before the above said Act was done the defendant was already arrested an in "handcuffs" for Failure to yield to Blue lights an Siren. by Ofc: McDonald. — See Exhibit A-pg: 1-5ᵗʰ & Ex: D.

### — FACTS: —

① I was not Lightskinned with a White-Tee on; from what Officer McDonald seen.

② The defendant was Arrested for Failure to yield to Blue lights — without any proof of running nor speeding.

③ I stated "no" to the Officer to look into my car, but Ofc: Thurman looked any way, an found & Siezed: 1 HandGun, A white-Tee shirt that was also Green, Red, and Black, 3 Necklaces, 1, Watch, an 1- Bracelet - (All in Diamonds). Also 1, Detroit cap, an sun- Glasses.

At this time the defendant is still standing at the back of his 2006 Chevy Malibu-Tan- in color. By this time Officer: Glynn Babb arrived with some eyewitness to do a "show I.D." on this defendant on "I-20". — A show-up-I.D. —

Therefore when this defendant was I.D'ed by the said eyewitness: Bridget-Hollingsworth- Ofc: McDonald stated to the defendant, you are "rearrested" for a Armed Robbery."

pg: 5

It was told later that a Robbery happen at "Wendy's Restaurant" on Hwy. 49 in Richland, MS just "3 min" after the defendant was stoped on I-20.

- Facts -

① The dispatcher stated to the Richland P.D. "To look for a Light Skinned Black male in a Gold Chevy Impala."

On I-20 a Tow Driver came to tow the defendants' 2006 Chevy Malibu.

- Fact -

② Officer M<sup>c</sup>Donald stated to the "Ward's" Tow Driver: "Look I need good cause to stop him," "So I can lock his ass up!" - "We are going to put on the "Impound Report" that I stoped a 2006 Impala."

This defendant has 100% proof - Please see Exhibit B-1 to support Fact # 2

An Exhibit C for the N.C.I.C. Report on the true name and type of the defendant's Car.

This Plaintiff is now convicted by a "Open-plea" for the charge of Armed-Robbery on Nov. 17, 2008 Case # 19161 - Therefore P.C.R is underway.

Det. Benjamin Drake came to I-20 an started to take pictures of my property an stated to me "You won't get your jewelry back!" "This stuff is mine."

pg: 6



# RICHLAND POLICE DEPARTMENT
# INCIDENT NUMBER: 2007100120

DATE: 10/24/2007    11:50 pm                                   Page 1

Received:  10/06/2007  23:50  Incident No: 2007100120          Signal: 75J1
Dispatched:            23:50  Location: 902 HWY 49 S  RICHLAND
Enroute:                      Occurence:  10/06/2007  23:50
Arrived:               23:53  11:53 pm
Completed: 10/07/2007  01:07 Am
Status Date/Time: 10/07/2007  02:13  Status: UCR REPORT         Clearance Reason/Date:
Status Date/Time: 10/07/2007  02:13  Status: CLEARED BY ARREST  Clearance Reason/Date:

Dispatch Notes: RPD0099 10/06/2007 23:53:08:

LIGHT SKINNED B/M IN A GOLD COLORED CAR HAS JUST HELD UP CASHIER AT WINDOW BY GUNPOINT AND LEFT SCENE HEADING HWY 49 N/B
RPD0099 10/07/2007 0:26:09:  8:04 pm
???
MATCHING DESCRIPTION OF VEHICLE WAS LOCATED AND STOPPED AT I-20 W/B JUST UNDER I-55
RPD0099 10/07/2007 0:28:09:

DEON BALLARD 366988781

MS 10-28 345HNS
RPD0099 10/07/2007 0:29:37:

HI POINT .380 CALIBER WITH SER # P859714  WAS DISCOVERED IN DRIVER'S VEHICLE

### ******* COMPLAINANT(S) *******

| ID # | | WENDY'S, | Home/Business |
| --- | --- | --- | --- |
| | | | (000) 000-0000 |
| | TYPE OF INDIVIDUAL B | | (000) 000-0000 |
| | | | (000) 000-0000 |
| ID # | | HOLLINGSWORTH, BRIDGET A | Home/Business |
| | | | (000) 000-0000 |
| | TYPE OF INDIVIDUAL I | | (000) 000-0000 |
| | | | (000) 000-0000 |
| ID # RPD0079 | | MCDONALD, DALTON J. | Home/Business |
| | | 391 SCARBROUGH ST , RICHLAND MS 0000 | (601) 000-0000 |
| | TYPE OF INDIVIDUAL O | | (601) 000-0000 |
| | | | (601) 000-0000 |
| ID # | | HAYES, CHERYL | Home/Business |
| | | | (000) 000-0000 |
| | TYPE OF INDIVIDUAL I | | (000) 000-0000 |
| | | | (000) 000-0000 |

### ********** OFFENDER **********

| ID # 75016939 | | BALLARD, DEON SCOTT | Home/Business |
| --- | --- | --- | --- |
| | | 5741 ANGLE , JACKSON MS 392060000 | (601) 000-0000 |
| | TYPE OF INDIVIDUAL I | | (601) 000-0000 |
| | | | (601) 862-0224 |

Exhibit (A)

# RICHLAND POLICE DEPARTMENT
# INCIDENT NUMBER: 2007100120

DATE: 10/24/2007                                                                                                            Page 3

INJURY TYPE(S) ☒ None  ☐ Broken Bones  ☐ Internal  ☐ Lacerations  ☐ Minor  ☐ Major  ☐ Teeth  ☐ Unconscious

********** **PROPERTY** **********

Property ID#: 85011046          Type: 20      MONEY
    Connected With (Party, Offense):                            1 ROBBERY-ARMED
    Serial/VIN:                                Year:      Make:         Model:         Color:
    Style:              License\State\Exp:                    ☐ Locked     ☐ Keys       Value:  $201.00
    Insurance:                              Lien:                  Towed By:
    Owner:              Owner ID#:                           Caliber:                           ☐ Registered
    Reported Stolen ID#:                           Returned/Sold - Date/Amount:                0.00
    Notes: $ 201.00 FOUND IN SUSPECTS LEFT FRONT PANTS POCKET.
    Status: R         RECOVERED                  Agency: RPD         Value:    0.00     Quantity:    0.00
    Status Date/Time: 10/06/2007  23:53 Location: I-20 WB
    Comments:

Property ID#: 85011047          Type: 06      CLOTHES/FURS
    Connected With (Party, Offense):                            1 ROBBERY-ARMED
    Serial/VIN:                                Year:      Make:         Model:         Color:
    Style:              License\State\Exp:                    ☐ Locked     ☐ Keys       Value:  $0.00
    Insurance:                              Lien:                  Towed By:
    Owner:              Owner ID#: 75016939                Caliber:                           ☐ Registered
    Reported Stolen ID#:                           Returned/Sold - Date/Amount:                0.00
    Notes: WHITE SHIRT FOUND IN SUSPECTS VEHICLE USED IN ROBBERY.
    Status: SE        SEIZED                        Agency: RPD         Value:    0.00     Quantity:    0.00
    Status Date/Time: 10/06/2007  23:53 Location: VEHICLE I-20 WB
    Comments:

Property ID#: 85011048          Type: 17      JEWELRY / PRECIOUS METALS
    Connected With (Party, Offense):                            1 ROBBERY-ARMED
    Serial/VIN:                                Year:      Make:         Model:         Color:
    Style:              License\State\Exp:                    ☐ Locked     ☐ Keys       Value:  $0.00
    Insurance:                              Lien:                  Towed By:
    Owner:              Owner ID#: 75016939                Caliber:                           ☐ Registered
    Reported Stolen ID#:                           Returned/Sold - Date/Amount:                0.00
    Notes: THREE NECKLACES - ONE BRACLET AND A WATCH
    Status: SE        SEIZED                        Agency: RPD         Value:    0.00     Quantity:    0.00
    Status Date/Time: 10/07/2007  05:57 Location: VEHICLE I-20 WB
    Comments:

# RICHLAND POLICE DEPARTMENT
# INCIDENT NUMBER: 2007100120

DATE: 10/24/2007                    Page 5

Status: SE    SEIZED        Agency: RPD     Value: 0.00     Quantity: 0.00
Status Date/Time: 10/07/2007   06:06   Location: SUSPECT WAS WEARING
Comments:

##### ***** ASSIGNED OFFICER *******
MCDONALD, DALTON J.

##### ***** ASSISTING OFFICER ******
GRICE, HEATH
BABB, GLYNN
THURMAN, BRANDON Q

##### ***** ASSIGNED DETECTIVE ******
DRAKE, BENJAMIN LEE

##### ***** DISPATCHER(S) ******
BARTA, JAMES

##### ***** CALL RECEIVED BY ******
BARTA, JAMES

##### ***** OTHER PARTY(IES) ******
WARD'S TOWING,

# RICHLAND POLICE DEPARTMENT
# INCIDENT NUMBER: 2007100120

14-

DATE: 10/24/2007                                                                                      Page 6

Agency: RPD                          Author: MCDONALD, DALTON J.
Incident No: 2007100120              Title: ARMED ROBBERY WENDY'S                      Report Type: I

ON SATURDAY 06 OCTOBER , 2007 AT APPROXIMATELY 2350 HRS. DISPATCH ADVISED OF AN ARMED ROBBERY AT WENDY'S. DISPATCH ADVISED THE OFFENDER WAS A B/M IN A GOLD IMPALA . DISPATCH ADVISED THE OFFENDER WAS ARMED AND LAST SEEN NB ON HWY 49. *(Mrs. Hollingsworth did not know what type of car it was / only color)*

LT. DALTON MCDONALD WAS ON INTERSTATE DR. AT THE EAST FRONTAGE RD. I PULLED TO THE ON RAMP TO HWY 49 NB WATCHING TRAFFIC. TRAFFIC WAS LIGHT. WITHIN A FEW SECONDS I OBSERVED A GOLD IMPALA OR MALIBU NB. AS I TRAVELED OVER THE RAILROAD OVERPASS, I OBSERVED THE VEHICLE TURNING ON THE NEW BRIDGE TO I-20 WB. I ACTIVATED MY BLUE LIGHTS AND SIREN. THE VEHICLE ACCELERATED TRAVELING WEST ON I-20 TOWARDS STATE STREET. I CAUGHT THE VEHICLE UNDER THE I - 55 FLY OVER. THE DRIVER PULLED OVER SHORTLY AFTER I CAUGHT UP TO HIM. THE VEHICLE DIDN'T HAVE A TAG DISPLAYED. THE TAG WAS LATER FOUND LYING FACE DOWN ON THE REAR DECK. THE VEHICLE DIDN'T HAVE ANY PASSENGERS.

I APPROACHED THE DRIVER , HE WAS HOLDING HIS DL AND INSURANCE CARD. I ASKED THE DRIVER TO EXIT THE VEHICLE AND I PATTED THE DRIVER , NO WEAPON WAS FOUND ON THE SUBJECT. HE HAD A ROLL OF CASH WAS IN HIS LEFT FRONT PANTS POCKET. HE STATES HE IS NOT SURE OF THE AMOUNT. LATER WAS COUNTED AND TOTALED $ 201.00 . I ASKED THE DRIVER WHY HE RAN FROM HE STATED HE DIDN'T SEE MY BLUE LIGHTS OR HEAR THE SIREN. SEVERAL RICHLAND , FLOWOOD AND PEARL PD UNITS ARRIVED ON SCENE
THE DRIVER ASLO HAD TWO SCREWS IN HIS LEFT FRONT PANTS POCKET. HE STATES THE SCREWS CAME FROM HIS TAG. HE TOOK IT OFF TO AVOID GETTING STOPPED. I ADVISED HIM THAT HIS TAG WASN'T EXPIRED. HE STATES THAT HE THOUGHT IT EXPIRED AT THE FIRST OF THE MONTH. I MADE CONTACT WITH DISPATCH TO GET MORE ID INFORMATION. DISPATCH ADVISED THE SUSPECT WAS A B/M WEARING A WHITE TEE SHIRT A CAP TURNED AROUND BACKWARDS OR A STOCKING CAP AND DARK OVAL SHAPED SUNGLASSES.

THE DRIVER WAS WEARING A GREEN TEE SHIRT AND A STOCKING CAP, A WHITE TEE SHIRT, A BLUE CAP AND A PAIR OF OVAL SHAPED SUNGLASSES WAS LAYING ON THE PASSENGER SEAT. THE DRIVER ALSO STATES HE DOESN'T WANT US TO LOOK IN HIS VEHICLE. THE DRIVER WAS PLACED UNDER ARREST FOR FAILURE TO YIELD TO BLUE LIGHTS AND SIREN AND INVESTIGATION OF ARMED ROBBERY. THE OFFENDER WAS MIRANDIZED AT THIS TIME. *I was arrested before they looked in*

DURING THE SEARCH INCIDENT TO ARREST A LOADED HANDGUN WAS FOUND UNDER *my car* THE PASSENGER SEAT, THE HANDGUN IS A HIGHPOINT .380 SERIAL P859714. OFC. BABB ARRIVED AT WENDYS. BRIDGET HOLLINGSWORTH WAS WORKING THE DRIVE THRU WINDOW AND ADVISED THAT A B/M IN A GOLD CAR POINTED A BLACK HANDGUN AT HER

# RICHLAND POLICE DEPARTMENT
# INCIDENT NUMBER: 2007100120

DATE: 10/24/2007                                                                                                          Page 7

AND TOLD HER TO GIVE HIM ALL THE MONEY OR HE WOULD SHOOT HER. SHE ADVISED THAT IT WASN`T A REVOLVER IT LOOKED LIKE THE ONES POLICE OFFICERS CARRY. SHE GAVE THE OFFENDER A SUM OF MONEY . THEY WASN`T SURE OF THE TOTAL AMOUNT.

DET. DRAKE ARRIVED ON SCENE AND THE INVESTIGATION WAS TURNED OVER TO HIM.

THE VEHICLE IS A 2006 CHEVY MALIBU GOLD IN COLOR, THE MS TAG FOUND LYING FACE DOWN ON THE BACK DECK IS 345 HNS. THE VEHICLE IS REGISTERED TO THE SUSPECT. WARD`S TOWING TOWED THE VEHICLE.

I TRANSPORTED THE OFFENDER TO THE PD WITHOUT INCIDENT. DET. DRAKE AND LT. HIRSHFIELD CONTINUED THE INVESTIGATION. I BOOKED THE OFFENDER AND DET. DRAKE TOOK CUSTODY OF THE OFFENDER TO CONTINUE THE INVESTIGATION AND TO TRANSPORT THE OFFENDER TO RANKIN CO. JAIL

THE WENDY`S EMPLOYEES CAME TO THE PD AND GAVE WRITTEN AND VERBAL STATEMENTS. DET DRAKE HAS THE STATEMENTS.

THE EVIDENCE WAS LOGGED BY MYSELF AND DET. DRAKE AND PLACED IN THE EVIDENCE VAULT.



# Richland Police Department
P.O. BOX 180370 • RICHLAND, MISSISSIPPI 39218
Phone: 601-932-3100 • Fax: 601-936-4614



P. Defendant

## Impounded Vehicle Inventory Report

| DUI / CITATION / CASE # | | MAKE: Chevy | MODEL: Impala |
|---|---|---|---|
| YEAR: 2006 | COLOR: Tan | TAG #: 345 HNS | STATE: MS  YR: 2007 |
| VIN: 1G1ZT51F06F209199 | | TOWED FROM: I20 + I55 | |
| STORED AT: Richland PD  Towed by Wards | | | |
| REGISTERED (name) Deon Scott Ballard | | REASON TOWED: | ARRESTED ☒ USED IN CRIME ☒ TRAFFIC HAZARD ☐ |
| (address) 3809 Northview Dr Jackson 39206 | | | DRUG SEIZURE ☐ STOLEN ☐ OTHER ☐ |
| HOLD FOR (officer/agency) | | ( | ) |

············· **Property Inventory Taken By Officers and Tow Drivers** ·············

|  | MISSING | DAMAGED |
|---|---|---|
| UPHOLSTERY | ☐ | ☐ |
| DASH AREA | ☐ | ☐ |
| WHEELS | ☐ | ☐ |
| LIGHTS | ☐ | ☐ |
| GENERATOR | ☐ | ☐ |
| BATTERY | ☐ | ☐ |
| TRANSMISSION | ☐ | ☐ |
| DOORS | ☐ | ☐ |
| SEATS | ☐ | ☐ |
| TIRES | ☐ | ☐ |
| ENGINE | ☐ | ☐ |
| WINDOWS | ☐ | ☐ |
| FENDERS | ☐ | ☐ |
| MIRRORS | ☐ | ☐ |

**VEHICLE EQUIPPED WITH:**
RADIO ☐  AIR CONDITIONER ☐
C. B. ☐  FLOOR MATS ☐
TAPE DECK ☐  MAG WHEELS ☐
HUB CAPS ☐
FOG LIGHTS ☐

**INDICATE AREA OF ANY EXISTING DAMAGE BY MARKING AREA WITH X.**

PASSENGER SIDE / FRONT / TOP / REAR / DRIVERS SIDE

PROPERTY RECEIPT ISSUED?  YES ☐  NO ☐
MISCELLANEOUS PROPERTY IN VEHICLE (tools, clothes, etc.)

WE THE UNDERSIGNED OFFICER AND TOW DRIVER, HEREBY CERTIFY THAT THE ABOVE LISTED JOINT INVENTORY IS CORRECT TO THE BEST OF OUR KNOWLEDGE.

TOW DRIVER: _____  OFFICER _Lt Dalton J. McDonald_
DATE: 10/7/07  TIME: 0015  BADGE #: _____

Valid drivers license and vehicle title and/or registration or other identification required for release of vehicle.

Exhibit (B)-1

2007100120
2350
"proof"
—Defendant—

```
TXT: * DUPLICATE NUMBERS EXISTS FOR ALL TAG TYPES - VERIFY VIN **

LIC/345 HNS    LIT/PC    EXP/10-07 ISSUED/01-22-07   TAG STATUS/CURRENT
VIN/1G1ZT51F06F209199        1906  CHEV  MAL  4D  TAN-OTH
PUR-DTE/10-21-06   TLE-DTE/12-20-06   TLE/C999571    TYPE/TRANSFER
REG/BALLARD DEON                     TLE/BALLARD DEON
    5741 ANGLE DRIVE                     5741 ANGLE DRIVE
    JACKSON           MS 39206           JACKSON           MS 39206
CO /HINDS                            CO /HINDS                 #LEINS/1
LEIN/1  DTE/10-21-06                 LEIN/2  DTE/NO LEIN
DRIVE FINANCIAL SERVICES
P O BOX 560583
DALLAS           TX 75356

MRI 4112798 41111 0236 AT 23:50:56 10/06/07


TXT: OLN/800666573    CLASS/REGULAR OPERATOR
BALLARD         DEON         SCOTT
3029 NORTHVIEW DR                 JACKSON       MS  39206
RAC/B    SEX/M   EYE/BRO    HAI/BLK     HGT/507       WGT/150
SOC/366988781    DOB/19860624 ISSU/20060926 EXP/20100624
RESTRICTIONS/NONE     ENDORSEMENTS/      ELIG DATE/00000000
STATUS NON-CDL:VALID              STATUS CDL:UNLICENSED
CONVICTED OF              OCCUR-DT  CONV-DT COM/HAZ ACC ENF-AGENCY        DISP
SPEEDING 047 N 35 ZONE    120906    012207          N   JACKSON-PD        GLT
SPEEDING 062 N 45 ZONE    041707    060507          N   MHP-MADISON       GLT
    ** END OF DRIVERS HISTORY **
MRI 4112712 41111 0235 AT 23:50:21 10/06/07
TXT: NL0100DF,MRI4114011
MS0610500
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/BALLARD,DEON.SEX/M.RAC/B.DOB/19860624.SOC/366988781.
PUR/C.
END

MRI 4114012 41111 0001 AT 00:16:08 10/07/07
```

Exb (C)

# RICHLAND POLICE DEPARTMENT
## INCIDENT REPORT APPROVAL CHECKLIST

CASE NO. 2007/00120

**Please check blocks that are applicable to the case.**

- [✓] Phone numbers of **all** Victim(s), Witness(es), Suspect(s) and Complainant(s).
- [ ] Case Contact Sheet
- [ ] Victims Rights Package
- [ ] Bond paperwork, court date notifications
- [ ] Finger prints (if bonded @ P.D.)
- [✓] Arrestee Report
- [✓] Vehicle Impound Report
- [ ] Consent to Search Form ←
- [ ] Affidavits, Citations (sworn to) ←
- [ ] Copies of Warrants and tele-types ←
- [✓] N.C.I.C. info.
- [ ] Parent info. on Juveniles
- [✓] Update ID. Info.

*"Proof"*
*OFC's - did not do None of this*
*- Defendant -*

**After approving the report, please sign and place in the case file.**

LT. Dalton J. McDaniel                    10-06-2007
Supervisor's signature                         Date

Exhibit (D)